## WELLS, FARGO AND COMPANY, EXPRESS, *v.* ALLBRIGHT, ADMINISTRATOR.

[No. 12,380. Filed December 10, 1926.]

From Daviess Circuit Court; *Milton S. Hastings,* Judge.

Action between the Wells, Fargo and Company, Express, and Noble D. Allbright, administrator. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Alvin Padgett, Arthur Rogers* and *Carlos T. McCarty,* for appellant.

*Frank E. Gilkison,* for appellee.

PER CURIAM.—Affirmed.

---

## JAQUA *v.* HESTON ET AL.

[No. 12,573. Filed December 14, 1926.]

From Jay Circuit Court; *Alonzo L. Bales,* Special Judge.

Action between Judson A. Jaqua and Bettie Faris Heston and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Frank B. Jaqua,* for appellant.
*George T. Whitaker,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## ROBINSON *v.* LEWELLEN.

[No. 12,028. Filed December 21, 1926.]

From Miami Circuit Court; *Albert Ward,* Judge.

Action between Lloyd V. Robinson and Doris L. Lewellen. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Russell J. Wildman, C. C. Campbell* and *Jenkines & Jenkines,* for appellant.
*Arthur Metzler* and *Tillett & Lawrence,* for appellee.

PER CURIAM.—Affirmed.